## Mary A. Prescott

*v.*

## The West Chicago Park Commissioners.

*Opinion filed October 16, 1899.*

This case is controlled by the decision in *Cummings* v. *West Chicago Park Comrs. (ante,* p. 136.)

APPEAL from the County Court of Cook county; the Hon. W. T. HODSON, Judge, presiding.

W. P. QUINBY, for appellant.

FRANCIS A. RIDDLE, and H. S. MECARTNEY, for appellees.

Per CURIAM: This is an appeal from the county court of Cook county confirming a special tax levied against the property of appellant for improving Douglas Park boulevard, in the city of Chicago. The only controverted question in the case is settled by the decision in *Cummings* v. *West Chicago Park Comrs. (ante,* p. 136.)

The judgment of the county court will be affirmed.

*Judgment affirmed.*